EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2003

at \_\_\_ o'clock and \_\_\_ min. \_\_\_
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03-00123 DAE |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | [21 U.S.C. § 841] |
| DANIEL N. KAILIEHA, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The grand jury charges that:

On or about February 26, 2003, in the District of Hawaii, the defendant, DANIEL N. KAILIEHA, did knowingly and intentionally possess with intent to distribute 50 grams or more

of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 83 grams, (gross weight), a Schedule II controlled substance.

    All in violation of 21 U.S.C. § 841.

    DATED: 13 March 2003, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Daniel N. Kailieha,
Cr. No.
"Indictment"

2